IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Wlodzimier Ziemlewicz,                          :
                                   Appellant    :
                                                :
        v.                                      :
                                                :
Board of License and Inspection Review          :          No. 1088 C.D. 2015

# **O R D E R**

NOW, April 20, 2016, upon consideration of appellant's application for reargument en banc, the application is denied.

MARY HANNAH LEAVITT,
President Judge